Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2022 APR -4 A 9:51
CLERK M.Akin
SO. DIST. OF GA.

Bertina L. Brunson Mealing Dalton
_Plaintiff(s)_
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Richmond County Sheriff's office
_Defendant(s)_
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. CV122- 038
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☐ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Bertina R. Dalton
Street Address: 3188 Skinner Mill Rd. Apt. 6A
City and County: Augusta Richmond
State and Zip Code: GA 30909
Telephone Number: 706. 840. 9586
E-mail Address: bertinadalton40@gmail.com

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

SRP, University Federal Credit Union (Pen Fed) Bank of America,
Sun Trust (Truist) Wells Fargo, Richmond County Sheriff Office,
THE Commissioners of Richmond County, Family Members, Some Churches

Page 1 of 5

Defendant No. 1
- Name: Richmond County Sheriff's Office
- Job or Title (if known): All parties involved
- Street Address:
- City and County: Richmond County And Surrounding
- State and Zip Code: Counties All parties involved
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name: THE Commissioner of Richmond County
- Job or Title (if known): THE Mayor (Hardie Davis)
- Street Address: Some politicians THE Spirit tells
- City and County: Stacy Abrams, John Ossoff, Raphael
- State and Zip Code: Warnock The Democratic Party
- Telephone Number: All parties involved
- E-mail Address (if known): John Barrow

Defendant No. 3
- Name: Carolyn Mealing which is Jesse J.
- Job or Title (if known): Mealing's (Mom) This is the Reason
- Street Address: They did NOT Mention that I was
- City and County: His 1ST and ONLY Wife in His
- State and Zip Code: Obituary as Bertina Renae Mealing
- Telephone Number: Now Bertina R. Dalton
- E-mail Address (if known):

Defendant No. 4
- Name: SRP, PEN FED, TRUIST, Bank of America, Wells Fargo
- Job or Title (if known): Banks, credit Unions All parties
- Street Address: Involved In The State of Georgia
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

NO. #5. <u>WJBJ News Channel Six</u>
(All Parties involved in misconduct of Bertina's Assets).

NO. #6 Organizations And Businesses involvement of Bertina's Assets

NO. #7 Secret Society(ies) All Parties involvement in Bertina's Assets

NO. #8 Family And Friends All parties involvement of Bertina's Assets

NO. #9 I Am Descendant of A Slave she is Named on the U.S. Census Bureau as the Moola child

NO. #10 My Mother is A 100% Native American Indian

NO. #11 Online Fraud (Scammers) Etc.

NO. 12 Gold Cross for Stealing My Mom's Identity Born: (Laurie Mae Walker) AKA (Laura Mae Walker Brunson)

NO. 13 Any Parties involvement of My Hardship.

NO. 14 USPS; SSA

Bertina Renae Brunson Mealing Dalton
*Bertina Renae Brunson Mealing Dalton*
4/3/2022

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question        ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* __Bertina Renae Brunson Mealing Dalton__, is a citizen of the State of *(name)* __Georgia__.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* __Richmond County Sheriff Office__, is a citizen of the State of *(name)* __Georgia__. Or is a citizen of *(foreign nation)* _____.

    b.    If the defendant is a corporation
The defendant, *(name)* Richmond Count Board of Commissioners, is incorporated under the laws of the State of *(name)* Georgia, and has its principal place of business in the State of *(name)* Georgia.
Or is incorporated under the laws of *(foreign nation)* _____,
and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Bertina needs her Billions back Georgia Please and Thanks

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I Am here to Claim what rightfully belongs to me. I Bertina R. Brunson Mealing Dalton is A descendant of A slave, my mother is A 100% Native American And My Father left Stocks And Bonds in my name last But NOT least My Name Is in the Black web times Four.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I have suffered 30 yrs knowing Daddy and Mama said that I would not have to struggle but NOT By the EYES And Hands of MAN.

Please Return to the Rightful Owner I THANK you so Kindly

Page 4 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

*I REMEMBER LIKE YESTERDAY THE OFFICER MADE ME SIGN OVER MY INHERITANCE OR ELSE I WAS NOT GETTING OUT OF JAIL. I HAVE SUFFERED WAY TOO LONG.*

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4/3/2022

Signature of Plaintiff: *Bertina Renae Walton / Bertina Renae Brunson Mealing Walton*

Printed Name of Plaintiff: BERTINA RENAE BRUNSON MEALING DAITON NOW BERTINA RENAE DAITON

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____